# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GROCERY DELIVERY E-SERVICES USA INC. d/b/a HELLOFRESH, | )<br>)<br>) |
| Plaintiff, | ) **HELLOFRESH'S RULE 7.1** |
| | ) **CORPORATE DISCLOSURE** |
| v. | ) **STATEMENT** |
| | ) |
| TRANSPORT ALLIANCE, LLC, and DMG CONSULTING & DEVELOPMENT, INC. d/b/a GOLDCOAST LOGISTICS GROUP, | )<br>) Case No. 1:23-cv-01733<br>)<br>) |
| Defendants. | ) |

Plaintiff GROCERY DELIVERY E-SERVICES USA INC. d/b/a HELLOFRESH ("HelloFresh"), by and through its attorneys, discloses that its parent corporation is HelloFresh SE, a publicly-held company owning 10% or more of its stock.

Dated: March 21, 2023          Respectfully submitted,

**BENESCH, FRIEDLAND, COPLAN & ARONOFF**

*s/ Claire Brennan*
*Claire Brennan*
*Kelly E. Mulrane (pro hac vice forthcoming)*
71 South Wacker, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 624-6399
Email: cebrennan@beneschlaw.com
Email: kmulrane@beneschlaw.com

*Attorneys for Plaintiff Grocery Delivery E-Services USA Inc. d/b/a HelloFresh*