## AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:23-CV-01733

**Grocery Delivery E-Services USA, Inc. d/b/a Hellofresh**

Plaintiff

vs.

**Transport Alliance, LLC, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **DMG CONSULTING & DEVELOPMENT, INC. D/B/A GOLDCOAST LOGISTICS GROUP, INC. C/O DRAGOS SPINCEANA, REGISTERED AGENT** |
| PERSON SERVED: | **RACHEL GOODRIDGE, OFFICE ADMINISTRATOR** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **03/24/2023 at 9:23 AM** |
| ADDRESS, CITY AND STATE: | **1425 MADELINE LANE, ELGIN, IL 60124** |
| DESCRIPTION: | Race: **White**  Sex: **Female**  Age: **34**  Height: **5'7"**  Weight: **140**  Hair: **Brown**  Glasses: **No** |

I declare under penalties of perjury that the information contained herein is true and correct.

SUBSCRIBED AND SWORN to before me on the 29th day of March, 2023.

_____
NOTARY PUBLIC

_____
Nancy Porter
Registration No: 117-001119

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/28/2025



**Judicial Attorney Services, Inc.** PO Box 583  Geneva, IL 60134, (630) 221-9007

CLIENT: **Benesch Friedlander Coplan & Aronoff LLP**
FILE #:

Job #: **520735**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GROCERY DELIVERY E-SERVICES USA INC. d/b/a HELLOFRESH,
    Plaintiff,

V.

TRANSPORT ALLIANCE, LLC, AND DMG CONSULTING & DEVELOPMENT, INC. D/B/A GOLDCOAST LOGISTICS GROUP,
    Defendants.

CASE NUMBER: 1:23-cv-01733

ASSIGNED JUDGE: Honorable Edmond E. Chang

DESIGNATED MAGISTRATE JUDGE: Honorable Sheila M. Finnegan

TO: (Name and address of Defendant)

DMG CONSULTING & DEVELOPMENT, INC., d/b/a Goldcoast Logistics Group, Inc.
c/o Dragos Sprinceana, Registered Agent
1425 Madeline Lane
Elgin, IL  60124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Claire Brennan
Kelly E. Mulrane
71 South Wacker Dr., Suite 1600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK

March 22, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                             *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.