# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| GROCERY DELIVERY E-SERVICES USA, INC. d/b/a HELLOFRESH, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-01733 |
| v. | ) ) | Hon. Edmond Chang |
| TRANSPORT ALLIANCE, LLC, and DMG CONSULTING & DEVELOPMENT, INC. d/b/a GOLDCOAST LOGISTICS GROUP, | ) ) ) ) ) | Magistrate Judge Sheila Finnegan |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **May 26, 2023** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Edmond Chang, or any judge sitting in his stead, in Courtroom 2341 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall present Plaintiff Grocery Delivery E-Services USA, Inc.'s d/b/a HelloFresh's Motion for Final Default Judgment.

Dated: May 19, 2023            Respectfully submitted,

**BENESCH, FRIEDLAND, COPLAN & ARONOFF**

*s/ Claire Brennan*
Claire Brennan
Kelly E. Mulrane (pro hac vice forthcoming)
71 South Wacker, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 624-6399
Email: cebrennan@beneschlaw.com
Email: kmulrane@beneschlaw.com

*Attorneys for Plaintiff Grocery Delivery E-Services USA Inc. d/b/a HelloFresh*